IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK LANGER<br>1650 Harvard Place<br>Apartment 604<br>Washington, D.C. 20009,<br><br>   Plaintiff,<br><br>v.<br><br>THE GEORGE WASHINGTON<br>UNIVERSITY<br>2121 I Street, N.W.<br>Washington, D.C. 20052,<br><br>and<br><br>JACK A. SIGGINS<br>3696 Thomas Point Road<br>Annapolis, MD 21403-5026,<br><br>   Defendants. | Case No. 1:07CV00262 (EGS)<br><br>**JURY TRIAL DEMANDED** |

TO: Jason H. Ehrenberg
   Bailey & Ehrenberg PLLC
   1155 Connecticut Ave, N.W., Suite 1100
   Washington, D.C. 20036

  I acknowledge receipt of your request that I waive service of a summons in the action of *Langer v. The George Washington University et al.*, which is case number 1:07CV00262 in the United States District Court for the District of Columbia. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

  I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

  I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after February 7, 2002.

The George Washington University

Date: 3/5/07

_William Howard_ (signature)
Signature

William F. Howard
Printed/Typed Name
Title: Interim V.P. & General Counsel

4