IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mark Langer ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:07CV00262(EGS) |
| The George Washington University ) | |
| ) | |
| and ) | |
| ) | |
| Jack A. Siggins ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants The George Washington University and Jack Siggins (collectively "the Defendants"), by and through their undersigned counsel, hereby move the Court for an extension of time in which to respond to Plaintiff Mark Langer's Complaint until Monday, April 23, 2007. In support of its Motion, the Defendants state as follows:

1.    On or about March 5, 2007, The George Washington University's Interim Vice President and General Counsel returned to Plaintiff's counsel a Waiver of Service of Summons in this action. Defendants' response is currently due Monday, April 9, 2007.

2.    Since service was effected, counsel for the parties have been discussing a potential out-of-court resolution of this matter. The parties have been unable to settle this matter at this time and on April 4, 2007, Plaintiff's counsel indicated that Plaintiff wished to proceed with the litigation of this matter. Defendants believe, however, that the parties may be close enough in their settlement positions that mediation with a Magistrate Judge would be appropriate

DC1 30195607.1

<u>now, before time and money is expended on litigation. Plaintiff seems to be rejecting this approach</u>.

3. Because the parties have been exploring settlement, Defendants require a brief extension to respond to Plaintiff's Complaint.

4. Counsel for Defendants has sought Plaintiff's counsel's consent for this Motion. Plaintiff's counsel's stated position is that he does not believe an extension of time is necessary, but that he will not oppose this Motion.

5. Undersigned counsel states that this extension will not cause delay or prejudice any party in their litigation of the case.

6. By making this motion, Defendants expressly preserve the right to challenge personal and subject matter jurisdiction, venue and service of process, and to raise all other affirmative defenses available under the Federal Rules of Civil Procedure and the Local Rules of this Court.

WHEREFORE, Defendants respectfully request that this Court extend the time in which it may answer or otherwise respond to Plaintiff's Complaint until Monday, April 23, 2007.

DATED: April 6, 2007                                   Respectfully submitted,

                                                       THE GEORGE WASHINGTON UNIVERSITY
                                                       AND
                                                       JACK A. SIGGINS


                                                       By   /s/ Raymond C. Baldwin
                                                       Raymond C. Baldwin (Bar No. 461514)
                                                       Stephanie E. Sawyer (Bar No. 485977)
                                                       SEYFARTH SHAW LLP
                                                       815 Connecticut Avenue, NW, Suite 500
                                                       Washington, DC 20006
                                                       (202) 463-2400

                                                       Attorneys for Defendants

**CERTIFICATE OF SERVICE**

     I certify that a true copy of the foregoing Defendants' Motion for Extension of Time to Respond to Plaintiff's Complaint, was served by first-class U.S. Mail, postage prepaid, this 6th day of April, 2007 upon:

>Jason H. Ehrenberh
>Bail & Ehrenberh PLLC
>1155 Connecticut Avenue, NW, Suite 1100
>Washington, DC 20036

>      /s/ Stephanie E. Sawyer
>Stephanie E. Sawyer

DC1 30195607.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mark Langer | ) Civil Action No. 07-00262 |
| Plaintiff, | ) |
| v. | ) |
| The George Washington University | ) |
| and | ) |
| Jack A. Siggins | ) |
| Defendants. | ) |

### ORDER

Upon consideration of Defendants' Motion for Extension of Time to Respond to Plaintiff's Complaint, it is this _____ day of April 2007, hereby GRANTED, and it is further,

ORDERED, that Defendants shall Answer or otherwise respond to Plaintiff's Complaint no later than April 23, 2007.

SO ORDERED.

_____
U.S. District Court Judge Emmet G. Sullivan

DC1 30195674.1