IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | | |
| MARK LANGER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE GEORGE WASHINGTON UNIVERSITY | ) ) | Case No. 1:07CV00262 (EGS) |
| | ) | **JURY TRIAL DEMANDED** |
| and | ) | |
| | ) | |
| JACK A. SIGGINS | ) | |
| | ) | |
| Defendants. | ) | |
| _____) | | |

## ENTRY OF APPEARANCE

To the Clerk:

Please enter my appearance for the Plaintiff in the captioned matter.

Dated:  May 30, 2007                    Respectfully submitted,

                                        *//s// James C. Bailey*

                                        _____
                                        James C. Bailey (D.C. # 462391)
                                        Jason H. Ehrenberg
                                        BAILEY & EHRENBERG PLLC
                                        1155 Connecticut Avenue NW
                                        Suite 1100
                                        Washington, D.C. 20036
                                        T:  (202) 787-3869
                                        F:  (202) 318-7071
                                        E:  jcb@becounsel.com

                                        **Attorneys for Plaintiff**

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May 2007, a copy of the foregoing was served on the following via the District Court's ECF electronic filing system:

Raymond Charles Baldwin
SEYFARTH, SHAW, FAIRWEATHER & GERALDSON
815 Connecticut Avenue, NW
Suite 500
Washington, DC 20006-4042
(202) 463-2400
Fax: (202) 828-5393
Email: rbaldwin@seyfarth.com

*//s// James C. Bailey*
_____
James C. Bailey