UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARK LANGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-262 (EGS) |
| v. ) | |
| ) | |
| THE GEORGE WASHINGTON UNIVERSITY, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

In accordance with the Memorandum Opinion issued this same day, it is by the Court hereby

**ORDERED** that Defendant Jack A. Siggins' Partial Motion to Dismiss is **DENIED**.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**July 30, 2007**