IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mark Langer<br><br>        Plaintiff,<br><br>v.<br><br>The George Washington University<br><br>and<br><br>Jack A. Siggins<br><br>        Defendants. | Case No. 1:07CV00262(EGS)<br><br>Judge Emmet G. Sullivan |

**DEFENDANT JACK SIGGINS' ANSWER TO COUNTS VII AND VIII OF PLAINTIFF'S COMPLAINT**

Defendant Jack A. Siggins, by and through his undersigned counsel, hereby submits his Answer to Counts VII and VIII of Plaintiff's Complaint and states:

**COUNT VII – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

52. Defendant Siggins hereby adopts and incorporates by reference his responses to the allegations contained in Paragraphs 1 through 51 of the Complaint as stated in Defendants' April 23, 2007 Answer to Plaintiff's Complaint.

53. Defendant Siggins denies the allegations contained in Paragraph 53 of the Complaint.

Defendant Siggins denies that Plaintiff is entitled to relief suggested in the WHEREFORE Paragraph following Paragraph 53 of the Complaint and denies that Plaintiff is entitled to any relief whatsoever.

## COUNT VIII – INTENTIONAL INTERFERENCE WITH EMPLOYMENT RELATIONSHIP AND/OR BUSINESS RELATIONS

54. Defendant Siggins hereby adopts and incorporates by reference his responses to the allegations contained in Paragraphs 1 through 51 of the Complaint as stated in Defendants' April 23, 2007 Answer to Plaintiff's Complaint and Paragraphs 52 through 53 of Defendant Siggins' Answer to Counts VII and VIII of Plaintiff's Complaint.

55. The allegations contained in Paragraph 55 are conclusions of law or mixed conclusions of law and fact to which no answer is required. To the extent an answer is required, Defendant Siggins denies the allegations contained in Paragraph 55 of the Complaint.

56. The allegations contained in Paragraph 56 are conclusions of law or mixed conclusions of law and fact to which no answer is required. Defendant Siggins denies the allegations contained in Paragraph 56 of the Complaint.

57. Defendant Siggins denies the allegations contained in Paragraph 57 of the Complaint.

58. Defendant Siggins denies the allegations contained in Paragraph 58 of the Complaint.

59. Defendant Siggins denies the allegations in Paragraph 59 of the Complaint.

Defendant Siggins denies that Plaintiff is entitled to relief suggested in the WHEREFORE Paragraph following Paragraph 59 of the Complaint and denies that Plaintiff is entitled to any relief whatsoever.

Defendant Siggins hereby adopts and incorporates by reference the Affirmative Defenses included in Defendants' April 23, 2007 Answer to Plaintiff's Complaint.

DATED: August 15, 2007                               Respectfully submitted,

                                                     JACK A. SIGGINS


                                                     By /s/ Raymond C. Baldwin
                                                     Raymond C. Baldwin (Bar No. 461514)
                                                     Stephanie E. Sawyer (Bar No. 485977)

                                                     SEYFARTH SHAW LLP
                                                     815 Connecticut Avenue, NW, Suite 500
                                                     Washington, DC 20006
                                                     (202) 463-2400

                                                     Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing Defendant Jack Siggins' Answer to Counts VII and VIII was served electronically, this 15th day of August, 2007 upon:

>Jason H. Ehrenberg
>Bailey & Ehrenberg PLLC
>1155 Connecticut Avenue, NW, Suite 1100
>Washington, DC 20036

>/s/ Stephanie E. Sawyer
>Stephanie E. Sawyer