**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MARK LANGER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE GEORGE WASHINGTON ) | Case No. 1:07CV00262 (EGS) |
| UNIVERSITY ) | |
| ) | **JURY TRIAL DEMANDED** |
| and ) | |
| ) | |
| JACK A. SIGGINS ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR EXTENSION OF EXPERT DISCOVERY DEADLINES**
**AND INORPORATED MEMORANDUM IN SUPPORT THEREOF**

Plaintiff Mark Langer ("Plaintiff"), by his undersigned counsel, hereby moves, with the consent of Defendants The George Washington University and Jack A. Siggins (collectively, "Defendants") to extend the deadline for expert discovery in this action, and in support thereof states the following:

1. Plaintiff initiated this action on February 7, 2007 seeking to redress alleged violations of his rights secured by the Family and Medical Leave Act, 28 U.S.C. § 2601, *et seq*. ("FMLA"), the District of Columbia Human Rights Act ("DCHRA"), the District of Columbia Family and Medical Leave Act, D.C. Code §§ 32-501 et seq. ("DCFMLA"), and related common law claims. The Court entered the Scheduling and Magistrate Referral Order (the "Scheduling Order") in this action on May 25, 2007.

2. According to the Scheduling Order, Plaintiff's Rule 26(a)(2) expert disclosures are due no later than September 28, 2007 (with Defendants' Rule 26(a)(2) expert disclosures

being due no later than October 29, 2007, and Plaintiff's rebuttal Rule 26(a)(2) expert disclosures being due no later than November 12, 2007). According to the Scheduling Order, fact and expert discovery shall be completed by January 4, 2008.

3.  Despite his best efforts, Plaintiff is still in the process of collecting medical records from his certain of his former health care providers. Plaintiff's efforts have been hampered due to the relocation from the D.C. region, and retirement of, certain of his former health care providers. A brief two-week extension of the expert discovery deadlines (set forth in paragraph 2 above) would allow Plaintiff to collect all remaining medical records, such that the parties' respective expert witnesses would have all relevant/necessary medical information before them prior to rendering their expert opinions.

4.  The parties have conferred and Defendants have consented to the filing of this motion.

5   No prior extensions of time have been requested (or granted) in this action. The requested extension will not impact any other scheduled dates.

For the foregoing reasons, Plaintiff respectfully requests that the Court extend the deadlines for expert discovery as follows:

(a) Plaintiff's Rule 26(a)(2) expert disclosures due no later than October 12, 2007.

(b) Defendant's Rule 26(a)(2) expert disclosures due no later than November 16, 2007.

(c) Plaintiff's rebuttal Rule 26(a)(2) expert disclosures due no later than November 30, 2007.

Dated: September 6, 2007              Respectfully submitted,

*//s// Jason H. Ehrenberg*
_____
Jason H. Ehrenberg
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue NW
Suite 1100
Washington, D.C. 20036
Tel: (202) 465-4729
Fax: (202) 318-7071
jhe@becounsel.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September 2007, a copy of the foregoing was served on the following via the District Court's ECF electronic filing system:

Raymond Charles Baldwin
SEYFARTH SHAW
815 Connecticut Avenue, NW
Suite 500
Washington, DC 20006-4042

*//s// Jason H. Ehrenberg*
———————————————
Jason H. Ehrenberg

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK LANGER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE GEORGE WASHINGTON ) | Case No. 1:07CV00262 (EGS) |
| UNIVERSITY ) | |
| ) | **JURY TRIAL DEMANDED** |
| and ) | |
| ) | |
| JACK A. SIGGINS ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff Mark Langer's Consent Motion for Extension of Expert Discovery and Incorporated Memorandum in Support Thereof, it is on this _____ day of September 2007,

ORDERED that Plaintiff's Motion be, and the same is hereby GRANTED; and it is further ORDERED that the deadlines for expert discovery will be extended follows:

(a) Plaintiff's Rule 26(a)(2) expert disclosures due no later than October 12, 2007;

(b) Defendant's Rule 26(a)(2) expert disclosures due no later than November 16, 2007;

(c) Plaintiff's rebuttal Rule 26(a)(2) expert disclosures due no later than November 30, 2007.

_____
Hon. Emett G. Sullivan
United States District Judge

**Copies to:**

Raymond Charles Baldwin
SEYFARTH SHAW
815 Connecticut Avenue, NW
Suite 500
Washington, DC 20006-4042

Jason H. Ehrenberg
James C. Bailey
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue NW
Suite 1100
Washington, D.C. 20036