IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK LANGER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE GEORGE WASHINGTON ) | Case No. 1:07CV00262 (EGS) |
| UNIVERSITY ) | |
| ) | **JURY TRIAL DEMANDED** |
| and ) | |
| ) | |
| JACK A. SIGGINS ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S RULE 26(a)(2) STATEMENT

Plaintiff Mark Langer hereby notes that, pursuant to the Court's September 7, 2007 Minute Order, he has on this 12th day of October 2007 served (via hand delivery and through his undersigned counsel) Defendants The George Washington University and Jack A. Siggins with his Rule 26(a)(2) Disclosure of Expert Testimony of C. David Missar, Ph.D.

Dated: October 12, 2007                Respectfully submitted,

*//s//  Jason H. Ehrenberg*
_____
Jason H. Ehrenberg
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue N.W.
Suite 1100
Washington, D.C. 20036
Tel: (202) 465-4729
Fax: (202) 318-7071
jhe@becounsel.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I, Jason H. Ehrenberg, hereby certify that on this 12th day of October 2007, I caused a true and correct copy of the foregoing to be served via the District Court's ECF electronic filing system upon the following:

Raymond Baldwin, Esq.
Stephanie Sawyer, Esq.
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004

*//s// Jason H. Ehrenberg*
_____
Jason H. Ehrenberg