UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARK LANGER, )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>)<br>GEORGE WASHINGTON )<br>UNIVERSITY, *et al.* )<br>)<br>      Defendants. )<br>) | Civil Action No. 07-262 (EGS) |

### O R D E R

Upon consideration of the representations of counsel that a settlement has been reached between the parties, it is hereby

**ORDERED** that this case shall be removed from the active calendar of the Court, and it is

**FURTHER ORDERED** that the parties shall file their stipulation of dismissal by no later than **December 17, 2007**; and it is

**FURTHER ORDERED** that in the unlikely event a settlement is not finalized, the parties shall instead file a joint status report and recommendation for further proceedings by **December 17, 2007.**

**Signed:**   **Emmet G. Sullivan**
           **United States District Judge**
           **December 4, 2007**