IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mark Langer<br><br>   Plaintiff,<br><br>v.<br><br>The George Washington University<br><br>and<br><br>Jack A. Siggins<br><br>   Defendants. | Case No. 1:07CV00262(EGS) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, by their undersigned counsel and pursuant to the settlement agreement of the parties that has been approved by the Court, voluntarily stipulate to dismiss, on the merits and with prejudice, the above-captioned action pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

PLAINTIFF

By: ___/s/_____

  Jason H. Ehrenberg
  Bail & Ehrenberg PLLC
  1155 Connecticut Avenue, NW, Suite 1100
  Washington, DC 20036

  (202) 465-4729

  Attorney for Plaintiff

Respectfully submitted,

DEFENDANTS

DC1 30213308.1

2

 

By: \_\_\_/s/_____
    Raymond C. Baldwin, Esq., # 461514
    Stephanie E. Sawyer, Esq. # 485977

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006-4004
(202) 463-2400
(202) 828-5393 (fax)

Dated: December 14, 2007         Attorneys for Defendants

DC1 30213308.1